UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA LLOYD,<br><br>      Plaintiff,<br><br>v.<br><br>AUGME TECHNOLOGIES, INC.,<br><br>      Defendant. | Civil Action No. 11-4071 (JAP)<br><br>ORDER TO SHOW CAUSE |

    This matter having been opened by the Court *sua sponte* based on Plaintiff's failure to prosecute her case; and the Court having conducted a status telephone conference in this matter earlier today; and the Court noting that the purpose of today's conference was to discuss Plaintiff's counsel's inability to contact his client; and Plaintiff's counsel further indicating at the conference that Plaintiff's telephone number and e-mail address have changed; and the Court noting that it has been approximately six weeks since counsel has had contact with Plaintiff; and for good cause shown;

    IT IS on this 4th day of June, 2013,

    ORDERED that Plaintiff shall appear **IN PERSON** before the Honorable Tonianne J. Bongiovanni, U.S.M.J., Room 6052, 402 East State Street, Trenton, New Jersey 08608, on **July 18, 2013 at 2:00 P.M.**, to show cause why Plaintiff's case should not be dismissed and Defendant awarded judgment by default on its counterclaims and to additionally show cause why sanctions, such as attorneys' fees should not be imposed; and it is further

    ORDERED that Plaintiff shall contact her attorney no later than **July 9, 2013**; and it is further

    ORDERED that Plaintiff's counsel shall submit a written update regarding Plaintiff's

status no later than **July 13, 2013**; and it is further

ORDERED that should Plaintiff fail to appear at the aforementioned Order to Show Cause scheduled to take place on **July 18, 2013 at 2:00 P.M.,** then the Court may recommend dismissal of Plaintiff's case without further notice; and it is further

ORDERED that Plaintiff's counsel is to send a copy of this Order by certified mail to Plaintiff's last known address and to contact Plaintiff by any additional means counsel deems appropriate.

        **s/     Tonianne J. Bongiovanni**
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATE MAGISTRATE JUDGE**