

August 8, 2013

**VIA EFILE AND EMAIL**

Hon. Tonianne J. Bongiovanni
United States District Court
   for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

    Re: *Lloyd v. Augme Technologies, Inc.*
       Case No. 11-CV-04071 (JAP) (TJB)

Dear Judge Bongiovanni:

  We are counsel to defendant Augme Technologies, Inc. ("Augme") in the above-referenced matter.

  We write, pursuant to L. Civ. R. 5.3(c)(6), to request that the Court allow Augme to file an upcoming motion under seal. On July 23, 2013, the Court issued a Letter Order directing Augme to file any motion for default judgment and sanctions against plaintiff Donna Lloyd no later than August 12, 2013. As part of this motion, Augme plans to file certain documents that plaintiff Donna Lloyd has marked "Confidential" pursuant to the Discovery Confidentiality Order in this matter. Augme does not dispute that the contents of these documents may be treated as confidential inasmuch as the documents contain personal medical information.

  Accordingly, Augme requests that the Court allow Augme to file its upcoming motion under seal.

                 Very truly yours,

                 David B. Gordon

cc: Michael R. DiChiara, Esq. (via efile)